IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WELLS FARGO BANK, N.A.,       )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )         2:10cv947-MHT
                              )            (WO)
WHITEHAWK PLANTATION,         )
L.L.C.; and MULLINS           )
SERVICES, LLC,                )
                              )
    Defendants.               )
```

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Wells Fargo Bank, N.A.'s motion for summary judgment (Doc. No. 14) is granted.

(2) Judgment is entered in favor of plaintiff Wells Fargo Bank, N.A. and against defendants Whitehawk Plantation, L.L.C. and Mullins Services, LLC.

(3) Plaintiff Wells Fargo Bank, N.A. shall have and recover from defendants Whitehawk Plantation, L.L.C. and

Mullins Services, LLC the sum of $ 2,080,465.66 in damages, plus post-judgment interest.

It is further ORDERED that costs are taxed against defendants Whitehawk Plantation, L.L.C. and Mullins Services, LLC, for which execution may issue.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of May, 2011.

                              /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE